# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE ROE SL 48,<br><br>Plaintiff,<br><br>vs.<br><br>DOE 1, a corporation; DOE 2, a corporation; DOE 3, a corporation sole; and DOES 4 to 100, Inclusive,<br><br>Defendants. | Case No. 2:25-cv-00436-MWC-E<br>Judge: Hon. Michelle Williams Court<br>Magistrate Judge: Charles F. Eick<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

IT IS SO ORDERED.

DATED: _____2/24_____, 2025    _____

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

LARSON
LOS ANGELES